# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162706(71)

SUSAN CHRISTIE,
      Plaintiff-Appellee,

v

WAYNE STATE UNIVERSITY,
      Defendant-Appellant.

_____/

SC: 162706
COA: 350321
Wayne CC: 19-004888-CD

     On order of the Chief Justice, the motion of the University of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on April 28, 2021, is accepted for filing.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2021



Clerk